# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| JENNIFER DICKINSON,<br>*Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant.* | CIVIL ACTION NO. 6:15-cv-00041<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 27 and 30), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 36, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on January 31, 2017, Judge Ballou filed a Report recommending that Commissioner's Motion for Summary Judgment be granted, and the Plaintiff's Motion for Summary Judgment be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of January 31, 2017, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 27) is hereby **DENIED**; and

3. Defendant's Motion for Summary Judgment (docket no. 30) is hereby **GRANTED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to remove this case from the Court's active docket.

It is so **ORDERED**.

Entered this  15th  day of February, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE